XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendant Xavier Becerra,*
*Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO LABARRERE, ET AL.,** | 20-cv-0444-CAB-WVG |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DEFENDANT ATTORNEY GENERAL OF CALIFORNIA XAVIER BECERRA** |
| **v.** | |
| **UNIVERSITY PROFESSIONAL AND TECHNICAL EMPLOYEES (UPTE), CWA 9119, ET AL.,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Deputy Attorney General Todd Grabarsky hereby enters his appearance as counsel for Defendant Attorney General Xavier Becerra, in his official capacity. Mr. Grabarsky is a member of the State Bar of California and is admitted to practice in the United States District Court for the Southern District of California. His contact information is as follows:

/ /

/ /

/ /

1

1  Todd Grabarsky, Deputy Attorney General
2  State Bar No. 286999
   300 South Spring Street, Suite 1702
3  Los Angeles, CA  90013
   Telephone:  (213) 269-6044
4  Fax:  (916) 731-2124
5  E-mail:  Todd.Grabarsky@doj.ca.gov

6

7  Dated:  March 27, 2020                    Respectfully submitted,

8                                            XAVIER BECERRA
                                             Attorney General of California
9                                            MARK R. BECKINGTON
                                             Supervising Deputy Attorney General
10

11

12                                           */s/ Todd Grabarsky*
                                             TODD GRABARSKY
13                                           Deputy Attorney General
                                             *Attorneys for Defendant Xavier*
14                                           *Becerra, Attorney General of*
                                             *California*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2