**DECLARATION OF SERVICE BY E-MAIL and U.S. Mail**

Case Name:     **Pablo Labarrere, et al. v. University Professional and Technical Employees (UPTE), CWA 9119, et al.**

No.:           **20-cv-0444-CAB-WVG**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On **March 27, 2020**, I served the attached **NOTICE OF APPEARANCE OF DEFENDANT ATTORNEY GENERAL OF CALIFORNIA XAVIER BECERRA** by transmitting a true copy via electronic mail to the following:

Mark T. Bennett, Esq. (SBN 89061)
Stephen J. Schultz, Esq. (SBN 90187)
Slovak Baron Empey Murphy & Pinkney LLP 2240 Fifth Ave.
San Diego, CA 92101
Telephone: (619) 501-4540
Bennett@sbemp.com

Ángel J. Valencia (D.C. Bar No. 1552471)
Milton L. Chappell (D.C. Bar No. 936153)
c/o NATIONAL RIGHT TO WORK LEGAL
DEFENSE FOUNDATION, INC.
8001 Braddock Road, Suite 600
Springfield, Virginia 22151
Telephone: (703) 321-8510
Ajv@nrtw.org
Mlc@nrtw.org

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 27, 2020**, at Los Angeles, California.

|     Todd Grabarsky     |     *Todd Grabarsky*     |
| :---: | :---: |
| Declarant | Signature |