# EXHIBIT 1



**UNIVERSITY PROFESSIONAL AND TECHNICAL EMPLOYEES**

CWA Local 9119
AFL-CIO

Representing employees at the University of California

P.O. Box 4443
Berkeley, CA 94704

PH: (510) 704-8783
FX: (510) 704-8065
info@upte-cwa.org

June 26, 2020

Pablo Labarrere
6460 Convoy Ct.. SPC 202
San Diego, CA 92117

Dear Pablo,

This is to inform you that we are treating your lawsuit against UPTE as a continuing request to cancel your voluntary service fee deduction. Accordingly, your payroll deductions have been cancelled effective June 26, 2020, which is the start of your window period for cancellation pursuant to the membership agreement and payroll deduction authorization you signed.

Sincerely,

[signature]

UPTE President



**UNIVERSITY PROFESSIONAL AND TECHNICAL EMPLOYEES**

CWA Local 9119
AFL-CIO

Representing employees at the University of California

P.O. Box 4443
Berkeley, CA 94704

PH: (510) 704-8783
FX: (510) 704-8065
info@upte-cwa.org

www.upte.org

June 26, 2020

Sam Doroudi
4668 Apple Hill Pl. #103
Carlsbad, CA 92010

Dear Sam,

This is to inform you that we are treating your lawsuit against UPTE as a continuing request to cancel your voluntary service fee deduction. Accordingly, your payroll deductions have been cancelled effective June 26, 2020, which is the start of your window period for cancellation pursuant to the membership agreement and payroll deduction authorization you signed.

Sincerely,

UPTE President