# EXHIBIT 2

## UNSWORN STATEMENT UNDER PENTALTY OF PERJURY

On September 9, 2019, my employer required me to take part in a mandatory orientation session for new employees like myself. As part of the orientation session, three UPTE representatives addressed our group of new employees. UPTE's representatives handed me, as well as each of the other new employees in attendance, a packet of documents containing the dues deduction authorization and membership form. UPTE's representatives instructed us to complete and hand over the forms with our signatures. One of UPTE's representatives specifically told us: "We need that form back from you." As new employees taking part in this employer-mandated orientation session, we complied with these demands and handed over the completed forms to UPTE's representatives.

I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).

In San Diego, California, on September 24, 2020.

_____
Pablo Labarrere