IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO LABARRERE, ET. AL.,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNIVERSITY PROFESSIONAL AND TECHNICAL EMPLOYEES (UPTE), CWA 9119, ET. AL.,** <br><br> Defendants. | 3:20-cv-00444-CAB-WVG <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' UPTE'S AND UC'S MOTIONS TO DISMISS.** <br><br> Date: September 18, 2020 <br> Courtroom: 4C <br> Judge: Hon. Cathy Ann Bencivengo <br> Trial Date: None set <br> Action Filed: March 10, 2020 |

After consideration of the briefs and arguments surrounding University Professional and Technical Employees, Communications Workers of America Local 9119 ("UPTE") and the University of California ("UC"), the Court makes the following findings:

(1) Plaintiffs Pablo Labarrere and Sam Doroudi have successfully pleaded factual allegations sufficient to state a claim upon which relief may be granted.

(2) Material jurisdictional facts are in dispute. Therefore, UPTE and UC are not entitled to prevail as a matter of law.

IT IS HEREBY ORDERED that UPTE's and UC's Motions to Dismiss be DENIED.

1  IT IS SO ORDERED.

3  Dated: _____                              By: _____
                                                       The Honorable Cathy Ann Bencivengo
                                                       District Judge