

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pablo Labarrere; Sam Doroudi, individually and as representatives of the requested classes<br><br>**Plaintiff,**<br>V.<br>See Attachment<br><br><br>**Defendant.** | **Civil Action No.** 20-cv-444-CAB-WVG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, the Court GRANTS the Defendants' motions to dismiss. Because no First Amendment violation or state action can be shown, no amendment will be able to cure the deficiencies of Plaintiffs' complaint. Accordingly, this case is DISMISSED with prejudice. This case is closed.

**Date:** 10/9/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Hazard

A. Hazard, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 20-cv-444-CAB-WVG

University Professional and Technical Employees (UPTE) CWA 9119 , Janet Napolitano in her official capacity as President of the University of California ,Xavier Becerra in his official capacity as Attorney General of California , Michael V. Drake, M.D.

Defendants